**AMERICAN ARBITRATION ASSOCIATION**

Case Number: 01-19-0001-2336

ROGER L. WOERNER and
WOERNER AGRIBUSINESS, LLC,

    Claimants,

-And-

TEMPLETON & COMPANY, LLP,

    Respondents

_____/

**AMENDED ORDER ON CLAIMANTS' MOTION TO COMPEL RESPONSES TO INITIAL DISCOVERY REQUESTS AND MOTION FOR SANCTIONS**

THIS CAUSE, having come on Claimants' Motion to Compel Responses to Initial Discovery Requests and Motion for Sanctions, and having duly considered the same as well as Respondent's Response in Opposition thereto; Claimants' Reply; and Respondent's Sur-reply, it is ordered as follows:

1. The Claimants' Motion to Compel Responses to Initial Discovery Requests are **granted and Respondent's objections to the interrogatories and requests for production are overruled, except for those objections that have been asserted pursuant to the Respondent's attorney-client privilege or the work-product privilege of Respondent's counsel. Accordingly, the Respondent is directed to provide the Claimant with all remaining requested information and documents at its own expense by October 21, 2019.**

1

**EXHIBIT G**

2. Further, for any claimed attorney-client and/or work-product privileges asserted for the instant Initial Discovery Requests that have not already been disclosed on the Respondent's Interim Privilege Log dated September 20, 2019, the Respondent shall supplement the same to include all such claimed privileges by **October 21, 2019.**

3. The Claimant's Motion for Sanctions is **denied without prejudice.**

4. No Motion for Rehearing or Reconsideration shall be entertained.

Dated: 10.07.19

Melvia B. Green, Esq.
Arbitrator

2